UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DELORES JORDAN, | Civil No. | 98-CV-1327 J (CAB) |
|---|---|---|
| Plaintiff, | | |
| v. | **ORDER FOLLOWING TELEPHONIC SETTLEMENT COMPLIANCE CONFERENCE ON MAY 24, 2007; SETTING SETTLEMENT COMPLIANCE CONFERENCES FOR THE NEXT ONE-YEAR PERIOD** | |
| GROSSMONT UNION HIGH SCHOOL DISTRICT, | | |
| Defendant. | | |

On May 24, 2007, the Court held a semi-annual telephonic settlement compliance conference. Amy Vandeveld, Esq., appeared for Plaintiff. Christina Dyre, Esq., appeared for Defendant. The parties reported that the implementation of the changes required by the settlement is progressing.

Ms. Dyre also informed the Court that she will be retiring and will no longer work on this case by the time of the next settlement compliance conference. To facilitate the change of counsel in a case where settlement terms require implementation of extensive changes to bring the Grossmont High School District into compliance with the Americans with Disabilities Act, the Court will schedule three instead of two telephonic conferences for the next one-year period.

IT IS HEREBY ORDERED:

1. A telephonic settlement compliance conference shall be held on **October 3, 2007,** at **9:30 a.m.** Defendant shall file a settlement compliance report on or before **September 26, 2007.**

      2.     A telephonic settlement compliance conference shall be held on **January 30, 2008,** at **9:30 a.m.** Defendant shall file a settlement compliance report on or before **January 23, 2008.**

      3.     A telephonic settlement compliance conference shall be held on **May 28, 2008,** at **9:30 a.m.** Defendant shall file a settlement compliance report on or before **May 21, 2008.**

      4.     The phone calls for all three conferences shall be coordinated and initiated by Defendant's counsel.

**IT IS SO ORDERED.**

DATED: May 24, 2007

                                                  **CATHY ANN BENCIVENGO**
                                                  United States Magistrate Judge

cc:          All parties, counsel