UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JORDAN,<br><br>                                           Plaintiff,<br><br>     v.<br><br>GROSSMONT UNION HIGH SCHOOL DISTRICT,<br><br>                                          Defendant. | Civil No.   98-CV-1327 J (CAB)<br><br>**ORDER FOLLOWING TELEPHONIC SETTLEMENT COMPLIANCE CONFERENCE ON NOVEMBER 23, 2009; EXTENDING COMPLIANCE DEADLINE** |

On November 23, 2009, the Court held a telephonic settlement compliance conference. Amy Vandeveld, Esq., appeared for Plaintiff. Jeff Wade, Esq., appeared for Defendant. The parties confirmed that the implementation of the changes required by the settlement agreement and the judgment is progressing, however, Mr. Wade reported that the District would not be fully compliant by the December 31, 2009 deadline set forth in the Court's Order, dated October 27, 2008. [Doc. No. 81.] The District therefore requested that the deadline for compliance be extended at least one year. Plaintiff did not object. Having considered the representations of the parties and finding good cause,

IT IS HEREBY ORDERED:

1. The Court extends the deadline for the District to comply with the settlement agreement and the judgment from <u>December 31, 2009</u>, to **December 31, 2010.** A further extension may be granted upon a showing of good cause.

2. The undersigned Magistrate Judge retains jurisdiction to enforce the settlement agreement and the judgment through December 31, 2010, unless and until another judge is appointed by the Court to succeed Magistrate Judge Bencivengo on this case.

3. Plaintiff's Counsel shall meet with representatives of Defendant during April 2010, at a time and place convenient to the parties to review the ADA Compliance Plan.

4. A telephonic settlement compliance conference shall be held on **May 24, 2010,** at **9:30 a.m.** Defendant shall file a supplemental settlement compliance report on or before **May 17, 2010.**

3. A telephonic settlement compliance conference shall be held on **November 22, 2010,** at **9:30 a.m.** Defendant shall file a settlement compliance report on or before **November 15, 2010.**

4. The phone call for the conference shall be coordinated and initiated by Defendant's counsel.

**IT IS SO ORDERED.**

**DATED: November 23, 2009**

_____
CATHY ANN BENCIVENGO
**United States Magistrate Judge**